## STATE v. J. H. H. CRAVEY et als.

There must be an order of court admitting to bail one charged with murder, and fixing the amount of his bond, otherwise the bond taken by the Deputy Sheriff is not binding on the sureties.

APPEAL from the District Court of East Feliciana, *Ratliff*, J.

*E. W. Moïse*, Attorney General, for the State. *Muse & Hardee*, for defendants and appellants.

BUCHANAN, J. The record shows no order of court admitting to bail J. H. H. Cravey, charged with murder, nor fixing the amount of his bond.

Without such order the bond taken by the Deputy Sheriff is not binding on the sureties, who are appellants herein. *State* v. *Longineau*, 6 An. 700; *State* v. *Clendenin*, 6 An. 745.

It is, therefore, adjudged and decreed, that the judgment of the District Court be reversed; and judgment is hereby rendered in favor of the appellants, as in case of non-suit.